■ JOHN FRANCESCHINI, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Motion to dismiss petition as untimely granted and cross motion to dismiss respondent's motion denied, without costs and without disbursements. Were we to consider this on the merits, we would reach the same results. No opinion. Concur — Sandler, J.P., Sullivan, Carro, Markewich and Lupiano, JJ.

■ SOLIN & BREINDEL P. C. et al., Appellants, v SILVERSTEIN PROPERTIES, INC., et al., Respondents. — Appeal from order, Supreme Court, New York County (Ryp, J.), entered on July 20, 1981, unanimously, *sua sponte,* consolidated for purposes of argument with the appeal taken from the order denying temporary injunction, said consolidated appeal to be heard at 12:00 noon on December 15, 1981 and to be perfected for said term as indicated in the order of this court. The motion and cross motion in conjunction with the aforesaid appeal are likewise adjourned to December 15, 1981. No opinion. Concur — Birns, J.P., Ross, Silverman, Bloom and Fein, JJ.